STATE OF MAINE                                SUPERIOR COURT
KENNEBEC, ss                                  CRIMINAL ACTION
                                              DOCKET NO. CR-09-006

STATE OF MAINE

        v.                                    ORDER ON DEFENDANT'S
                                              MOTION TO SUPPRESS
KEVIN COLLINS,

        Defendant

The defendant argues that the warrantless search of his vehicle and all evidence obtained should be suppressed. The findings of fact made at the conclusion of the hearing are incorporated into this order by reference. For the following reasons, the motion to suppress is denied.

Conclusions of Law

The defendant argues that there was no basis for the warrantless search of the defendant's vehicle because the officers had no significant concerns for their safety, the defendant was not able to re-enter his vehicle, and the officers had no reasonable belief that evidence connected to the crime for which the defendant was under arrest would be found in the vehicle. The officers agreed that they had no significant officer safety concerns and the defendant was not able to re-enter his vehicle. The officers did, however, have a reasonable belief that evidence connected to the marijuana cultivation charge could be found in the vehicle.

Search Incident to Arrest

In Arizona v. Gant, 129 S. Ct. 1710 (2009), the defendant was arrested for driving with a suspended license, handcuffed, and locked in the back of a patrol car. The officers then searched the defendant's car and found a gun and cocaine. Id. at 1714. The Court concluded that the search was unreasonable because there was no possibility

1

that the defendant could have accessed his vehicle and there was no likelihood that the officers would discover offense-related evidence during the search. Id. at 1719. The Court held that officers are authorized "to search a vehicle incident to a recent occupant's arrest only when the arrestee is unsecured and within reaching distance of the passenger compartment at the time of the search." Id. The Court also concluded, however, that a search incident to a lawful arrest would be justified when it is "reasonable to believe evidence relevant to the crime of arrest might be found in the vehicle." Id. (quoting Thornton v. United States, 541 U.S. 615, 632 (2004) (Scalia, J., concurring in judgment)).

In this case, the defendant was told he would be charged with marijuana cultivation. Prior to the search of the vehicle operated by the defendant, Agent Struck had received information that drug activity was suspected in the downstairs apartment, #1, at number 943 on Route 202 in Monmouth, where the defendant resided, and Agent Struck had obtained a search warrant for that address. Because the agents had begun their execution of the search warrant prior to the time of the search of the vehicle, Agents Struck, Richards, and Dubois knew that the defendant's apartment was being used entirely for a marijuana grow operation and had found, among other things, marijuana plants, a hydroponic grow operation, documents with the defendant's name on them, and loose marijuana. Agent Richards knew that the defendant had been involved in a drug-related case in Somerset County in the 1990s and was familiar with the defendant's methods of operation. The officers were reasonable in their belief that evidence connected to the marijuana grow operation might be found in the vehicle. See United States v. Smith, 510 F.3d 641, 649 (6th Cir. 2007).

2

<u>Search Warrant and Probable Cause to Search</u>

Probable cause to believe a vehicle contains evidence of criminal activity authorizes a search of any area of the vehicle in which the evidence might be found. <u>United States v. Ross</u>, 456 U.S. 798, 820-21 (1982); <u>see also</u> <u>Smith</u>, 510 F.3d at 647. In this case, the District Court Judge's determination of probable cause concerned vehicles "present at the above described premises at the time of the execution of the search warrant." (State's Ex. 1.) Although the defendant's vehicle slowed into the breakdown lane at the edge of the parking lot as if to enter the parking lot, the vehicle did not enter the parking lot of the apartment building. The vehicle was not subject to the probable cause determination in the search warrant. <u>See</u> <u>United States v. Gereb</u>, 547 F. Supp. 2d 658, 665-66 (W.D. Tex. 2008). The search of the vehicle also could not properly be conducted pursuant to the search warrant. <u>See</u> <u>Smith</u>, 510 F.3d at 647.

The entry is

The Defendant's Motion to Suppress is DENIED.

Date: June 12, 2009

Nancy Mills
Justice, Superior Court

3

STATE OF MAINE
  vs
KEVIN COLLINS
7 HILLCREST STREET
AUGUSTA ME 04330

SUPERIOR COURT
KENNEBEC, ss.
Docket No  AUGSC-CR-2009-00006

**DOCKET RECORD**

DOB: 02/10/1960
Attorney: LISA WHITTIER
       LAW OFFICE OF LISA W D WHITTIER, ESQ
       21 WESTERN AVENUE
       AUGUSTA ME 04330
       APPOINTED 05/18/2009

State's Attorney: EVERT FOWLE

Filing Document: CRIMINAL COMPLAINT
Filing Date: 01/07/2009

Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

1    AGGRAVATED TRAFFICKING OF SCHEDULED DRUGS  01/05/2009 MONMOUTH
Seq 8558  17-A  1105-A(1)(B)(4)      Class B


2    AGGRAVATED CULTIVATING OF MARIJUANA      01/05/2009 MONMOUTH
Seq 9097  17-A  1105-D(1)(A)(3)      Class C


3    CRIMINAL FORFEITURE OF PROPERTY      01/05/2009 MONMOUTH
Seq 7049  15    5826           Class U  Charged with INDICTMENT on Supplem


## Docket Events:

01/07/2009 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 01/07/2009

01/13/2009 Charge(s): 1,2
       HEARING -  INITIAL APPEARANCE HELD ON 01/07/2009

       Defendant Present in Court
01/13/2009 Charge(s): 1,2
       HEARING -  STATUS CONFERENCE SCHEDULED FOR 03/10/2009 @ 8:30

01/13/2009 Charge(s): 1,2
       PLEA -  NO ANSWER ENTERED BY DEFENDANT ON 01/07/2009

01/13/2009 BAIL BOND - $50,000.00 CASH BAIL BOND SET BY COURT ON 01/07/2009

       OR 300,000 SURETY
01/13/2009 MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 01/07/2009

01/13/2009 MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 01/12/2009
       JOSEPH M JABAR , JUSTICE
       COPY TO PARTIES/COUNSEL
01/13/2009 Party(s): KEVIN COLLINS
       ATTORNEY - APPOINTED ORDERED ON 01/12/2009

Attorney:  JAMES FLICK
01/13/2009 Charge(s): 1,2
          HEARING -  STATUS CONFERENCE NOTICE SENT ON 01/13/2009


01/28/2009 MOTION -  MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 01/28/2009


01/30/2009 MOTION -  MOTION FOR RETURN OF PROPERTY FILED BY DEFENDANT ON 01/30/2009


01/30/2009 HEARING -  MOTION FOR RETURN OF PROPERTY SCHEDULED FOR 03/05/2009 @ 8:30

          NOTICE  TO PARTIES/COUNSEL
01/30/2009 HEARING -  MOTION FOR RETURN OF PROPERTY NOTICE SENT ON 01/30/2009


02/04/2009 Party(s):  KEVIN COLLINS
          ATTORNEY -  RETAINED ENTERED ON 02/04/2009


          Attorney:  LISA WHITTIER
02/05/2009 Charge(s): 1,2,3
          SUPPLEMENTAL FILING -  INDICTMENT FILED ON 02/05/2009


02/05/2009 Charge(s): 1,2,3
          HEARING -  ARRAIGNMENT SCHEDULED FOR 02/17/2008 @ 8:30
          JOHN  NIVISON , JUSTICE
02/05/2009 Charge(s): 1,2,3
          HEARING -  ARRAIGNMENT NOTICE SENT ON 02/05/2009


02/05/2009 Charge(s): 1,2
          HEARING -  STATUS CONFERENCE NOT HELD ON 02/05/2009


02/06/2009 MOTION -  MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 02/05/2009
          NANCY  MILLS , JUSTICE
          COPY TO PARTIES/COUNSEL
02/13/2009 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 02/12/2009


02/13/2009 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 02/17/2009 @ 8:30
          JOHN  NIVISON , JUSTICE
          NOTICE  TO PARTIES/COUNSEL
02/17/2009 Charge(s): 1,2,3
          HEARING -  ARRAIGNMENT HELD ON 02/17/2009
          JOHN  NIVISON , JUSTICE
          Attorney:  LISA WHITTIER
          DA:  ALAN KELLEY
          Defendant Present in Court

          READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
          DEFENDANT.  21 DAYS TO FILE MOTIONS
02/17/2009 Charge(s): 1,2,3
          PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 02/17/2009


02/17/2009 TRIAL -  DOCKET CALL SCHEDULED FOR 04/07/2009 @ 2:45


02/17/2009 HEARING -  MOTION TO AMEND BAIL HELD ON 02/17/2009
          JOHN  NIVISON , JUSTICE

            Attorney:  LISA WHITTIER
            DA:  ALAN KELLEY
            TAPE 1093, INDEX#4050
02/17/2009 MOTION -  MOTION TO AMEND BAIL GRANTED ON 02/17/2009
            JOHN  NIVISON , JUSTICE
            COPY TO PARTIES/COUNSEL
02/17/2009 BAIL BOND - $10,000.00 CASH BAIL BOND SET BY COURT ON 02/17/2009
            JOHN  NIVISON , JUSTICE
            $10,000 CASH, 75,000 SURETY
02/24/2009 BAIL BOND -  CASH BAIL BOND FILED ON 02/24/2009


02/24/2009 BAIL BOND - $10,000.00 CASH BAIL BOND FILED ON 02/24/2009

            Bail Receipt Type: CR
            Bail Amt:  $10,000
                                    Receipt Type: CK
            Date Bailed: 02/23/2009    Prvdr Name: DONNA  TAVERNIER
                                    Rtrn Name: DONNA  TAVERNIER


            BAIL DISBURSEMENT ON 06/10/2009
            Check No. 7785   Check Amount:  10,000.00
            Paid To: DONNA  TAVERNIER
            FORWARDED TO BAIL PROVIDER


03/05/2009 HEARING -  MOTION FOR RETURN OF PROPERTY NOT HELD ON 03/05/2009


03/09/2009 Party(s):  KEVIN COLLINS
            ATTORNEY -  WITHDRAWN ORDERED ON 03/09/2009

            Attorney: JAMES FLICK
03/10/2009 MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 03/09/2009


03/10/2009 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 03/09/2009


03/10/2009 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 03/09/2009


03/10/2009 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 03/09/2009

            MOTION FOR BRADY MATERIAL
03/10/2009 MOTION -  MOTION FOR RETURN OF PROPERTY FILED BY DEFENDANT ON 03/09/2009


03/10/2009 MOTION -  MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 03/09/2009


03/13/2009 MOTION -  MOTION FOR ENLARGEMENT OF TIME GRANTED ON 03/11/2009
            JOSEPH M JABAR , JUSTICE
            COPY TO PARTIES/COUNSEL
03/13/2009 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 03/16/2009 @ 8:30

            NOTICE  TO PARTIES/COUNSEL
03/16/2009 HEARING -  MOTION TO AMEND BAIL HELD ON 03/16/2009
            JOSEPH M JABAR , JUSTICE
03/16/2009 MOTION -  MOTION TO AMEND BAIL GRANTED ON 03/16/2009
            JOSEPH M JABAR , JUSTICE

COPY TO PARTIES/COUNSEL       GRANTED IN
PART, DEFENDANT'S CURFEW MAY BE EXTENDED FOR WORK PURPOSES WITH THE CONDITION THAT THE
CONDITIONS OF EMPLOYMENT DOCUMENTED AND PROVIDED TO THE DA BEFORE EMPLOYMENT BEGINS
03/16/2009 BAIL BOND - CASH BAIL BOND AMENDED ON 03/16/2009
         JOSEPH M JABAR , JUSTICE
         Date Bailed: 02/23/2009
         BAIL DISBURSEMENT ON 06/10/2009
         Check No. 7785   Check Amount:  10,000.00
         Paid To: DONNA  TAVERNIER
         FORWARDED TO BAIL PROVIDER


03/24/2009 MOTION - MOTION TO CONTINUE FILED BY DEFENDANT ON 03/23/2009


03/24/2009 MOTION - MOTION TO CONTINUE GRANTED ON 03/24/2009
         NANCY  MILLS , JUSTICE
         COPY TO PARTIES/COUNSEL
03/24/2009 TRIAL - DOCKET CALL CONTINUED ON 03/24/2009
         NANCY  MILLS , JUSTICE
03/27/2009 OTHER FILING - TRANSCRIPT FILED ON 03/25/2009


         Reporter: JANETTE COOK
         MOTION TO AMEND BAIL
04/03/2009 MOTION - MOTION TO REVOKE BAIL FILED BY STATE ON 04/02/2009


04/03/2009 Charge(s): 1,2,3
         HEARING - INITIAL APPEARANCE HELD ON 04/03/2009
         JOSEPH M JABAR , JUSTICE
         Defendant Present in Court
04/03/2009 BAIL BOND - NO BAIL ALLOWED SET BY COURT ON 04/03/2009
         JOSEPH M JABAR , JUSTICE
04/03/2009 HEARING - MOTION TO REVOKE BAIL SCHEDULED FOR 06/10/2009 @ 8:30


05/04/2009 MOTION - MOTION FOR DISCOVERY FILED BY DEFENDANT ON 05/04/2009


05/04/2009 MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 05/04/2009


05/04/2009 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 06/10/2009 @ 8:30


05/04/2009 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 06/10/2009 @ 8:30


05/15/2009 MOTION - MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 05/14/2009


05/19/2009 MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 05/18/2009
         NANCY  MILLS , JUSTICE
05/19/2009 Party(s): KEVIN COLLINS
         ATTORNEY - APPOINTED ORDERED ON 05/18/2009


         Attorney:  LISA WHITTIER
05/19/2009 HEARING - MOTION FOR DISCOVERY NOTICE SENT ON 05/19/2009


05/19/2009 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 05/19/2009


05/19/2009 HEARING - MOTION TO REVOKE BAIL NOTICE SENT ON 05/19/2009

06/01/2009 MOTION -  MOTION FOR FUNDS FILED BY DEFENDANT ON 06/01/2009


06/04/2009 MOTION -  MOTION FOR FUNDS GRANTED ON 06/01/2009
          JOSEPH M JABAR , JUSTICE
          COPY TO PARTIES/COUNSEL
06/10/2009 BAIL BOND -  CASH BAIL BOND DISBURSEMENT ON 06/10/2009

          Date Bailed: 02/23/2009
          BAIL DISBURSEMENT ON 06/10/2009
          Check No. 7785   Check Amount:  10,000.00
          Paid To: DONNA  TAVERNIER
          FORWARDED TO BAIL PROVIDER


06/15/2009 HEARING -  MOTION FOR DISCOVERY NOT HELD ON 06/10/2009


06/15/2009 MOTION -  MOTION FOR DISCOVERY WITHDRAWN ON 06/10/2009


06/15/2009 HEARING -  MOTION TO REVOKE BAIL HELD ON 06/10/2009
          NANCY  MILLS , JUSTICE
          Attorney:  LISA WHITTIER
          DA:  ALAN KELLEY
          Defendant Present in Court
06/15/2009 MOTION -  MOTION TO REVOKE BAIL GRANTED ON 06/10/2009
          NANCY  MILLS , JUSTICE
          COPY TO PARTIES/COUNSEL                                        PARTIES
          STIPULATE THERE IS PROBABLE CAUSE TO BELIEVE THE DEFENDANT COMMITTED NEW CRIMINAL CONDUCT.
           BY AGREEMENT, DEFENDANT TO BE HELD WITHOUT BAIL, BAIL REVOKED CASH BAIL TO BE RETURNED TO
          PERSON WHO POSTED CASH BAIL
06/15/2009 MOTION -  MOTION FOR DISCOVERY WITHDRAWN ON 06/10/2009


06/15/2009 HEARING -  MOTION TO SUPPRESS HELD ON 06/10/2009
          NANCY  MILLS , JUSTICE
          Attorney:  LISA WHITTIER
          DA:  ALAN KELLEY
          Defendant Present in Court

          ER, TAPE#1208, INDEX#1178-3507
06/15/2009 MOTION -  MOTION TO SUPPRESS DENIED ON 06/12/2009
          NANCY  MILLS , JUSTICE
06/15/2009 HEARING -  MOTION FOR RETURN OF PROPERTY SCHEDULED FOR 09/02/2009 @ 8:30

          NOTICE  TO PARTIES/COUNSEL
06/15/2009 HEARING -  OTHER MOTION SCHEDULED FOR 09/02/2009 @ 8:30

          MOTION FOR BRADY MATERIAL
06/15/2009 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 09/02/2009 @ 8:30

          NOTICE  TO PARTIES/COUNSEL                                  MOTION TO
          SUPPRESS AND QUASH SUBSEQUENT SEARCH WARRANT
06/15/2009 ORDER -  COURT ORDER FILED ON 06/12/2009
          NANCY  MILLS , JUSTICE
          ORDER ON DEFENDANT'S MOTION TO SUPPRESS.  THE DEFENDANT ARGUES THAT THE WARRANTLESS SEARCH

OF HIS VEHICLE AND ALL EVIDENCE OBTAINED SHOULD BE SUPPRESSED.  THE FINDINGS OF FACT MADE AT THE CONCLUSION OF THE HEARING ARE INCORPORATED INTO THIS ORDER BY REFERENCE.  FOR THE FOLLOWING REASONS, THE MOTION TO SUPPRESS IS DENIED.

A TRUE COPY
ATTEST: _____

            Clerk